UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

HARRY BLOOM,

                Plaintiff,

-against-

OM FINANCIAL LIFE INSURANCE COMPANY OF NEW YORK and OM FINANCIAL LIFE INSURANCE COMPANY,

                Defendants.

------------------------------------------------------------X

**08 CV 3706**

Civil Action No.

**RULE 7.1(a) DISCLOSURE STATEMENT**

*[Stamp: JUDGE KARAS]*

Jay D. Kenigsberg, an attorney admitted to practice in this Court declares as follows:

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for OM Financial Life Insurance Company of New York, a private non-governmental party, certifies that OM Financial Life Insurance Company of New York is 100% owned by OM Financial Life Insurance Company, which is not a publicly held corporation.

Dated: Uniondale, New York
       April 16, 2008

By: _____
Jay D. Kenigsberg (JK 1739)
RIVKIN RADLER LLP
926 RexCorp Plaza
Uniondale, New York 11556-0926
(516) 357-3242
Attorneys for Defendants

2141089 v1