UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

HARRY BLOSSOM,

                Plaintiff,

Civil Action No. 08 CV 3706 (KMK)

-against-

OM FINANCIAL LIFE INSURANCE COMPANY OF
NEW YORK and OM FINANCIAL LIFE INSURANCE
COMPANY,

**STIPULATION AND
ORDER EXTENDING
TIME TO RESPOND
TO THE COMPLAINT**

                Defendants.

-------------------------------------------------------------X

SIRS:

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys, that the time for defendants OM Financial Life Insurance Company of New York and OM Financial Life Insurance Company to answer, move or otherwise respond to the Complaint in this action, be and the same hereby is extended to and including May 30, 2008.

Dated:    Uniondale, New York
           April 21, 2008

_____
Jay Kenigsberg, Esq. (JK1739)
RIVKIN RADLER LLP
Attorneys for Defendant
926 RexCorp Plaza
Uniondale, New York 11556-0926
Telephone #: (516) 357-3007

_____
Lawrence Goldhirsch, Esq.
WEITZ & LUXENBERG, P.C.
Attorneys for Plaintiff
180 Maiden Lane, 17th Floor
New York, NY 10038
Telephone #: (212) 558-5500

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

SO ORDERED:

_____
Judge Kenneth M. Karas

dated: 4/28/08

2141940 v1