UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
HARRY BLOSSOM,

                Plaintiff,

-against-

OM FINANCIAL LIFE INSURANCE COMPANY
OF NEW YORK and OM FINANCIAL LIFE
INSURANCE COMPANY,

                Defendants.
----------------------------------------X

Civil Action No. 08 CV 3706
(KMK)

STIPULATION

    IT IS HEREBY STIPULATED, CONSENTED TO AND AGREED by and between the undersigned attorneys, that the time to answer defendant's counterclaim in it's Answer dated May 30, 2008 is hereby extended to August 8, 2008.

Dated: New York, New York
       July 9, 2008

Lawrence Goldhirsch, Esq. (LG-2117)
WEITZ & LUXENBERG, P.C.
Attorneys for Plaintiff
180 Maiden Lane
New York, NY 10038
212-558-5500

Jay D. Koenigsberg, Esq. (JK1739)
RIVKIN RADLER LLP
Attorneys for Defendant
926 RexCorp Plaza
Uniondale, NY 11556-0926
516-357-3242

SO ORDERED:

_____
Judge Kenneth M. Karas