JUL. 8. 2008  3:01PM   5163573333              RIVKIN 4                    NO. 9492   P. 2
                                                                                    PAGE  02/02

*Karas, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------X

HARRY BLOSSOM,

                                                        Civil Action No. 08 CV 3706
                            Plaintiff,                  (KMK)

                                                        *Partial*
            -against-
                                                        **STIPULATION AND ORDER**
OM FINANCIAL LIFE INSURANCE COMPANY OF                  *as to OM FINANCIAL*
NEW YORK and OM FINANCIAL LIFE INSURANCE                *LIFE INSURANCE*
COMPANY,

                            Defendants.

-----------------------------------------------X

        IT IS HEREBY STIPULATED AND AGREED by and between the undersigned

attorneys, to dismiss Old Mutual Financial Life Insurance Company of New York from this

action without prejudice.

Dated: Uniondale, New York
       May 19, 2008

Norman L. Tolle, Esq. (NT 5081)              Lawrence Goldhirsch, Esq.
RIVKIN RADLER LLP                            WEITZ & LUXENBERG, P.C.
Attorneys for Defendants                     Attorneys for Plaintiff
926 RexCorp Plaza                            180 Maiden Lane, 17th Floor
Uniondale, New York 11556-0926               New York, New York 10038
Telephone: (516) 357-3242                    (800)476-6070

SO ORDERED:                                  DATED
                                                   7/18/08

Judge Kenneth M. Karas

2151706 v1

┌─────────────────────────────┐
│ **USDS SDNY**               │
│ **DOCUMENT**                │
│ **ELECTRONICALLY FILED**    │
│ **DOC #:** _____ │
│ **DATE FILED:** _____ │
└─────────────────────────────┘