UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
HARRY BLOSSOM,

                         Plaintiff,                        Civil Action No. 08 CV 3706
                                                                  (KMK)
    -against-

OM FINANCIAL LIFE INSURANCE              PLAINTIFF'S ANSWER TO
COMPANY OF NEW YORK and OM               COUNTERCLAIM
FINANCIAL LIFE INSURANCE COMPANY,
------------------------------------------------------------X

       Plaintiff, as and for his Answer to the Counterclaim of Defendant, alleges as follows:

1. Plaintiff admits paragraphs 2,4,5, 6, and 12 of the Counterclaim.

2. Plaintiff denies knowledge or information as to paragraphs 1,3,7,8,9, 10, 11, 13, 14, 18, 20 and 22 of the Counterclaim.

3. Plaintiff denies paragraphs 15, 16, 17, 19, 21 and 23 of the Counterclaim.

       WHEREFORE Plaintiff demands judgment dismissing the Counterclaim.

Dated:  New York, NY
          July 23, 2008

                                                                     Yours, etc.,

                                                                     Lawrence Goldhirsch (LG-2117)
                                                                     WEITZ & LUXENBERG, P.C.
                                                                     Attorneys for Plaintiff
                                                                     180 Maiden Lane
                                                                     New York, NY 10038
                                                                     (212) 558-5500

TO: Norman L. Tolle, Esq.
    RIVKIN RADLER LLP
    Attorneys for Defendant
    926 RexCorp Plaza
    Uniondale, NY 11556-0926

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
:SS
COUNTY OF NEW YORK)

    **DONNA VALORE**, being duly sworn, deposes and says:

    That deponent is not a party to the action, is over 18 years of age and resides at Staten Island, New York.

    That on the 23rd day of July, 2008, your deponent served the within PLAINTIFF'S ANSWER TO COUNTERCLAIM upon the following:

Norman L. Tolle, Esq.
RIVKIN RADLER LLP
Attorneys for Defendant
926 RexCorp Plaza
Uniondale, NY 11556-0926

at the address designated by said attorneys for that purpose, by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within New York State.

                                                                     DONNA VALORE

Sworn to before me this

23rd day of July, 2008

_____
Notary Public

JEANNE H. FAIR
Commissioner of Deeds
City of New York - No. 5-1127
Certificate Filed in Richmond County
Commission Expires Oct. 1, 20__